IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MIKEL R. BROWN,<br><br>                Plaintiff,<br>v.<br><br>REID NEWEY, et al.,<br><br>                Defendants, | **JUDGMENT**<br><br>Case No. 1:21-cv-00154-JNP-CMR<br><br>District Judge Jill N. Parrish |

    IT IS ORDERED AND ADJUDGED that plaintiff Mikel R. Brown's action is dismissed without prejudice as to the first and ninth causes of action against the Davis School District.

    IT IS ORDERED AND ADJUDGED that plaintiff Mikel R. Brown's § 1983 claims under the third, fourth, and fifth causes of action as to defendants Reid Newy, Blake Haycock and John Robinson in their official capacities are dismissed without prejudice.

    IT IS ORDERED AND ADJUDGED that plaintiff Mikel R. Brown's § 1983 claims under the third, fourth, and fifth causes of action as to defendants Reid Newy, Blake Haycock and John Robinson in their individual capacities are dismissed with prejudice.

    DATED September 20, 2023.

                                    BY THE COURT

                                    _____<br>
                                    Jill N. Parrish<br>
                                    United States District Court Judge